Submitted on April 4, reversed May 7, 2008

In the Matter of L. P.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

L. P.,
*Appellant.*

Multnomah County Circuit Court
070867755; A136682

184 P3d 1161

Daniel J. Casey filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Anna M. Joyce, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Rosenblum, Judge.

PER CURIAM

## PER CURIAM

Appellant in this mental commitment case appeals a judgment committing her to the Mental Health Division for treatment for a period of time not to exceed 180 days. ORS 426.130. The trial court found that appellant suffers from a mental disorder, is a danger to herself, and is unlikely to participate in treatment on a voluntary basis. The state concedes that the record lacks clear and convincing evidence that defendant's mental illness causes her to be a danger to herself. On *de novo* review, we find the state's concession to be well founded and accept it.

Reversed.